# EXHIBIT A

| STATE OF MICHIGAN<br>THIRD CIRCUIT COURT  | SUMMONS AND<br>RETURN OF SERVICE | CASE NO. | 09-031465-CK |
|---|---|---|---|

COURT ADDRESS: 2 WOODWARD AVENUE, DETROIT, MICHIGAN 48226

COURT TELEPHONE NO. (313) 224-

THIS CASE ASSIGNED TO JUDGE: **Kathleen Macdonald**    Bar Number: 38029

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| MASON, WILLIAM | VS | UNITED RENTALS INC |

**PLAINTIFF'S ATTORNEY**

Erskine, Scott M.
(P-54734)
323 1/2 S Main St
Rochester, MI 48307
(248) 601-4499

| CASE FILING FEE | JURY FEE |
|---|---|
| Paid | No Jury Demand |
| **ISSUED** 12/23/2009 | **THIS SUMMONS EXPIRES** 03/24/2010 | **DEPUTY COUNTY CLERK** Felicia Reid |

*This summons is invalid unless served on or before its expiration date.    Cathy M. Garrett – Wayne County Clerk

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The docket number and assigned judge of the civil/domestic relations action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

The action ☐ remains ☐ is no longer pending.

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

Date 12/24/09    Signature of attorney/plaintiff

**COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.**
If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangement.

FORM NO. WC101
REV. (3-98)   MC 01 (10/97)   **SUMMONS AND RETURN OF SERVICE**   MCR 2.102(B)(11), MCR 2.104, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206 (A)
RETURN COPY-FILE IN ROOM 201 C.C.B.

STATE OF MICHIGAN

IN THE WAYNE COUNTY CIRCUIT COURT

WILLIAM MASON,

    Plaintiff,

v.

    Case No.     CK
    Hon.

UNITED RENTALS, INC.,

    Defendant.

*FILED 2009 DEC 23 P 3: 0 CATHY M. GARRETT WAYNE COUNTY CLERK*

The Erskine Law Group, P.C.
Scott M. Erskine (P54734)
Attorneys for Plaintiff
342 S. Main St.
Rochester, MI 48307
(248) 601-4499

/

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred or otherwise disposed of after having been assigned to a judge in this Court.

## COMPLAINT

NOW COMES the Plaintiff, by and through his attorneys, The Erskine Law Group, P.C., who complains against the above named Defendant as follows:

    1.    Plaintiff is an individual residing in Macomb Township, Macomb County, Michigan.

    2.    Defendant, United Rentals, Inc., is a foreign corporation, with offices located in Wayne County Michigan, and which continually does business in Wayne County, Michigan.

    3.    Plaintiff and Defendant entered into an employment contract for Plaintiff to work for Defendant in October 2003.

*THE ERSKINE LAW GROUP
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
342 SOUTH MAIN STREET
ROCHESTER, MICHIGAN 48307
(248) 601-4499*

1

4. Plaintiff did in fact work for Defendant up through his termination on or about April 29, 2009.

5. Pursuant to the terms of the contract, Plaintiff was bound by a noncompete agreement upon his termination with Defendant (Defendant is in possession of a copy of the contract and it is incorporated herein).

6. In exchange, under the contract Defendant was to pay Plaintiff in accordance with the terms of his contract for a period of 12 months after severance.

7. Plaintiff performed all duties under the agreement.

8. Defendant reneged on payments owing under the contract.

9. By acting wrongfully, Defendant has caused a breach of the agreement between himself and Plaintiff in an amount exceeding $25,000 for which Plaintiff seeks judgment against Defendants, together with equitable relief. In addition, Plaintiff seeks damages from Defendants for incidental, consequential, exemplary and actual damages including interest, costs, and actual attorneys' fees.

## COUNT I

## BREACH OF CONTRACT

10. Plaintiff incorporates herein by reference all statements and allegations previously set forth as if fully rewritten herein.

11. Plaintiff and Defendant had an agreement.

12. Plaintiff performed all his obligations under the contract.

13. Defendant has refused to pay Plaintiff despite the fact that Plaintiff provided excellent services.

14. Defendant has breached the agreement between itself and the Plaintiff.

THE ERSKINE LAW GROUP
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
342 SOUTH MAIN STREET
ROCHESTER, MICHIGAN 48307
(248) 601-4499

WHEREFORE, Plaintiff prays for Judgment in an amount exceeding $25,000, plus costs, interest and attorney fees so wrongfully accrued.

## COUNT II

## PROMISSORY ESTOPPEL

15. Plaintiff incorporates herein by reference all statements and allegations previously set forth as if fully rewritten herein.

16. Defendant intentionally induced and promised Plaintiff that Defendant would make payment under the contract if they terminated his employment.

17. Defendant reasonably should have expected that such promise would induce Plaintiff to not interview with other potential employers after termination.

18. Plaintiff relied upon Defendant's promise to pay and did not interview with other competitors of Defendant.

19. Defendant's promise must be enforced in order to avoid injustice to Plaintiff, who was unable to find employment until November 30, 2009.

WHEREFORE, Plaintiff prays for Judgment in an amount exceeding $25,000, plus costs, interest and attorney fees so wrongfully accrued.

Respectfully Submitted

Scott M. Erskine P-54734
Attorneys for Plaintiff
342 S. Main St.
Rochester, MI 48307
248-601-4499

December 21, 2009

THE ERSKINE LAW GROUP
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS
342 SOUTH MAIN STREET
ROCHESTER, MICHIGAN 48307
(248) 601-4499

3